# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Marshall Cois Knop
Plaintiff

V.

The State of Alabama
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07 CV 288-WKW

I, __Marshall Cois Knop__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __South Louisiana Corr. Center, Basile, La.__

    Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    1987, Wal Mart

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends   ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
    d. Disability or workers compensation payments   ☐ Yes   ☒ No
    e. Gifts or inheritances   ☐ Yes   ☒ No
    f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes    ☐ No

   If "Yes," state the total amount.  _____P.M.O.D._____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_____Feb. 12, 2007_____    _____Marshall Caskey_____    A - 154140
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Trust Fund Resident Activity
2/13/2007 10:59 AM

LCS Corrections Services, Inc.
Resident Id: A154140
From: 8/1/2006
To: 2/13/2007

Trust Fund Resident Activity
1 Of 1

# Trust Fund Resident Activity

| Resident Id | Personal ... | Last Na... | First Name | Class | Unit | Building | Pod | Bed |
|---|---|---|---|---|---|---|---|---|
| A154140 | A154140 | KNOP | MARSHALL | GP | SLCC | WOLF | 1 | 58 |

**Beginning Balance** $58.82

| Task No. | Date | Task | Check No. | Comment | Amount |
|---|---|---|---|---|---|
| 811362 | 8/14/2006 5:36... | Sale | | Scanned Sale | ($15.40) |
| 826046 | 8/24/2006 6:48... | Sale | | Scanned Sale | ($14.05) |
| 831350 | 8/28/2006 4:58... | Sale | | Scanned Sale | ($17.49) |
| 839624 | 9/5/2006 6:27:... | Sale | | Scanned Sale | ($9.52) |
| 844960 | 9/7/2006 10:44... | Sale | | Scanned Sale | ($2.15) |
| 852200 | 9/12/2006 1:14... | Transfer From Unit | | | ($0.21) |
| 852200 | 9/12/2006 1:14... | Transfer To Unit | | | $0.21 |
| 860802 | 9/15/2006 2:25... | Release | | LCS Automated Release | $0.00 |
| 860803 | 9/15/2006 2:25... | Group Assignment | | Building Change | $0.00 |
| 865851 | 9/19/2006 8:21... | Intake | | | $0.00 |
| 865852 | 9/19/2006 8:21... | Group Assignment | | Building Change | $0.00 |
| 865853 | 9/19/2006 8:21... | Group Assignment | | Building Change | $0.00 |
| 884462 | 10/2/2006 2:44... | Group Disbursement | 8452 | | $0.00 |
| 972673 | 12/12/2006 7:0... | ROA | | Mailroom Receipts | $50.00 |
| 976114 | 12/13/2006 2:3... | Sale | | Scanned Sale | ($18.58) |
| 976688 | 12/13/2006 5:0... | Sale | | Unable to fill order for Task No. 976114 | $18.58 |
| 976689 | 12/13/2006 5:0... | Sale | | Retry order for Task No. 976114 | ($16.43) |
| 981303 | 12/18/2006 3:0... | Sale | | Scanned Sale | ($15.55) |
| 985040 | 12/20/2006 11:... | Sale | | | $4.30 |
| 988825 | 12/22/2006 2:4... | Sale | | Scanned Sale | ($11.89) |
| 999876 | 1/3/2007 4:26:... | ROA | | Mailroom Receipts | $50.00 |
| 1004704 | 1/8/2007 3:19:... | Sale | | Scanned Sale | ($24.42) |
| 1012367 | 1/15/2007 3:27... | Sale | | Scanned Sale | ($19.91) |
| 1028405 | 1/29/2007 5:15... | Sale | | Scanned Sale | ($14.95) |

**Ending Balance** $1.36